**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
Nicholas W. McKinney, SBN 322792
350 University Ave., Suite 200
Sacramento, California 95825
cfessenden@porterscott.com
jwhitefleet@porterscott.com
nmckinney@porterscott.com
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants

John R. Parker, SBN 127930
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
jparker@cutterlaw.com
TEL: 888.285.333
FAX: 916.588.9330
          and
Arash S. Khosrowshahi, SBN 293246
**LIBERTY MAN LAW**
1010 F Street, Suite 300 Sacramento, CA 95814
libertymanlaw@gmail.com
TEL: 916.573.0469
FAX: 866.700-0787
Attorneys for Plaintiffs TINA TENNYSON, DOMINIC HAYNES-TENNYSON, AND DEVON TENNYSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TENNYSON, DOMINIC HAYNES-TENNYSON, AND DEVON TENNYSON,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES and DOES 1 to 100,<br><br>           Defendants.<br>_____/ | CASE NO. 2:19-CV-00429 KJM EFB<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: 03/08/2019 |

{01999985.DOCX}                                                 1
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

THE PARTIES HEREBY STIPULATE AND AGREE that Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES may have a 20 day extension (until May 20, 2019) to file a responsive pleading to Plaintiffs' Complaint in order to allow Defendants to obtain information necessary to respond to the Complaint. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

**IT IS SO STIPULATED.**

Dated: 04/19/2019                           PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By /s/Carl L. Fessenden
                                                 Carl L. Fessenden
                                                 John R. Whitefleet
                                                 Nicholas W. McKinney
                                                 Attorneys for Defendants

Dated: 04/19/2019                           CUTTER LAW

                                            By /s/John R. Parker, Jr. (authorized 04/18/19)
                                                 John R. Parker, Jr.
                                                 Attorneys for Plaintiffs

Dated: 04/19/2019                           LIBERTY MAN LAW


                                            By /s/ Arash S. Khosrowshahi (authorized 04/16/19)
                                                 Arash S. Khosrowshah
                                                 Attorneys for Plaintiffs

{01999985.DOCX}                                  2
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**