**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
Nicholas W. McKinney, SBN 322792
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TENNYSON, DOMINIC HAYNES-TENNYSON, AND DEVON TENNYSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES and DOES 1 to 100,<br><br>Defendants.<br>_____ / | CASE NO. 2:19-CV-00429 KJM EFB<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: August 23, 2019<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller<br><br>Complaint Filed: 03/08/2019 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 23, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814, Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SCOTT JONES (hereinafter "Defendants") will move to dismiss the First Amended Complaint filed by Plaintiffs TINA TENNYSON, DOMINIC HAYNES-TENNYSON and DEVON TENNYSON (hereinafter "Plaintiffs") pursuant to Federal Rules of Civil Procedure ("F.R.Civ.P.") 12(b)(6), on the

following grounds:

1. Plaintiffs fail to state a viable federal claim against Sheriff Scott Jones;

2. Plaintiffs fail to allege sufficient state-based claims against Sheriff Scott Jones;

3. The naming of Sacramento County Sheriff's Department as a defendant is improper or redundant to the County;

4. Plaintiffs' Complaint Fails to State a Monell Claim Against the County;

5. Plaintiffs' claims arising from alleged vehicle stops, searches, or use of force are improperly asserted under the Fourteenth Amendment;

6. Plaintiffs' Second claim for violation of the Fourth Amendment fails to state claims against all Defendants as arising from the May 28, 2018 and June 1, 2018 incident;

7. Plaintiffs' fourth and fifth claims for violation of familial association and right of association under the First and Fourteenth Amendments fails to state claims against Defendants;

8. Plaintiffs' claim for Denial/Delay of Medical Treatment fails to state claims against all Defendants;

9. Plaintiffs' claim for violation of the Americans with Disabilities Act and Rehabilitation Act fails to state claims against all Defendants;

10. Plaintiffs' claim under Article I, §13 of the California Constitution fails to state claims against all Defendants;

11. Plaintiffs' claim for Failure to Discharge a Duty fails to state claims against all Defendants;

12. Plaintiffs' Tenth claim for Assault and Battery fails to state claims against all Defendants;

13. Plaintiffs' claim for Intentional Infliction of Emotional Distress fails to state claims against all Defendants; and

14. Plaintiffs' claim for violation of the Bane Act fails to state claims against all Defendants.

Pursuant to the Court's Standing Order, counsel for the parties met and conferred without a resolution prior to the filing of this motion. (See Declaration filed herewith)

This Motion to Dismiss is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities in support thereof, the Declaration of Nicholas W. McKinney, the entire Court file and any other pleadings, evidence, or legal arguments that may be presented at the time of the hearing to the extent one is held.

Dated: July 8, 2019

Respectfully submitted,

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ *John R. Whitefleet*
　　Carl L. Fessenden
　　John R. Whitefleet
　　Nicholas W. McKinney
　　Attorneys for Defendants