**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
Nicholas W. McKinney, SBN 322792
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA TENNYSON, DOMINIC HAYNES-TENNYSON, AND DEVON TENNYSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES and DOES 1 to 100,<br><br>Defendants.<br>_____ / | CASE NO. 2:19-CV-00429 KJM EFB<br><br>**DECLARATION Of NICHOLAS W. MCKINNEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: August 23, 2019<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller<br><br>Complaint Filed: 03/08/2019 |

I, Nicholas W. McKinney, declare the following;

1. I am an attorney licensed to practice law in all of the Courts of the State of California and am an associate at the law firm of Porter Scott, a Professional Corporation, attorneys of record for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SCOTT JONES. Except for those matters stated on information and belief, the facts set forth herein are true of my own personal knowledge and if called as a witness, I could and would competently testify thereto.

///

2. Pursuant to the Court's Standing Order, I transmitted a lengthy meet and confer correspondence to counsel for Plaintiffs, essentially discussing the identified defects of the First Amended Complaint, advised counsel of my office's intention to file a Motion to Dismiss, and requested that counsel contact my office to conduct a further meet and confer.

3. On or about June 24, 2019 and again on June 28, 2019, counsel for the parties conducted telephone conferences to further discuss the identified issues, caselaw and potential amendment; however, no resolution was reached.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, executed this July 8, 2019, at Sacramento, California.

By   /s/ Nicholas M. McKinney
Nicholas W. McKinney

{02036738.DOCX}   2
DECLARATION OF NICHOLAS W. MCKINNEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT