John R. Parker (State Bar No. 127930)
CUTTER LAW, P.C.,
401 WATT AVENUE
SACRAMENTO, CALIFORNIA 95864
Telephone:   (888) 285-3333
Facsimile:   (916) 588-9330
E-Mail:     jparker@cutterlaw.com

Arash S. Khosrowshahi (State Bar No.: 293246)
LIBERTY MAN LAW
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 573-0469
Facsimile:   (866) 700-0787
E-Mail:     libertymanlaw@gmail.com

Attorneys for Plaintiffs
TINA TENNYSON,
DOMINIC HAYNES-TENNYSON, and
DEVON TENNYSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TINA TENNYSON, DOMINIC HAYNES-TENNYSON, and DEVON TENNYSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, and BRIAN SANTIN,<br><br>Defendants. | Case No.: 2:19-cv-00429-KJM-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY AND PRETRIAL DEADLINES**<br><br>Complaint Filed: March 8, 2019 |

Plaintiffs TINA TENNYSON, DOMINIC HAYNES-TENNYSON, and DEVON TENNYSON ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, and BRIAN SANTIN (collectively "Defendants"), by and through their ("Parties'") counsel of record, hereby stipulate and request that the Court continue discovery and pretrial deadlines in this matter. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

1. On September 23, 2019, the Court issued an initial Pretrial Scheduling Order, which did not set a trial date. [Docket No. 21]

2. Since the Scheduling Order was issued and Parties filed their Joint Scheduling Report, the COVID-19 virus pandemic started and spread to California, prompting statewide shutdowns.

3. On March 19, 2020, Governor Newsom declared a statewide shelter-in-place protocol. (Executive Department, State of California, *Executive Order N-33-20*, https://www.gov.ca.gov/wp-content/uploads/2020/03/3.19.20-attested-EO-N-33-20-COVID-19-HEALTH-ORDER.pdf ).That same day, Sacramento County issued a "stay-at-home" order stating non-essential businesses may continue operating, but employees would exclusively work remotely. (Health Officer of the County of Sacramento, *Order of the Health Officer of the County of Sacramento Directing all Individuals in the County to Stay at Home or at their Place of Residence*, March 19, 2002, https://www.saccounty.net/COVID-19/Documents/20200319_HO_Signed_Stay_at_Home_Order.pdf).

4. On March 19, 2020, Sacramento County issued countywide COVID-19 shelter-in-place orders started to take effect.

5. On June 22, 2020, Parties stipulated to and filed a Stipulation and Proposed order to Modify Pre-Trial Scheduling Order. [Docket No. 22]

6. On June 25, 2020, the Court signed Parties' Stipulation and Order modifying the Pre-Trial Scheduling Order. [Docket No. 23]

7. On July 20, 2020, the Court signed the order granting Defendants COUNTY OF SACRAMENTO, SCOTT JONES, and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT's Motion to Dismiss in Part and denying in part. Plaintiffs were granted leave to file a Second Amended Complaint within twenty-one days of the date of the order. [Docket No. 24]

8. On August 10, 2020, Plaintiffs filed their Second Amended Complaint and Demand for Jury Trial against Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, BRIAN SANTIN, HECTOR CHAVEZ, U. A. DOMINGUEZ, VY SUON, RENNY ROJO, LE COONCE, M. KEEGAN, and J. WILHELM. [Docket No. 25]

9. On September 21, 2020, Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, BRIAN SANTIN, HECTOR CHAVEZ, U. A. DOMINGUEZ, VY SUON, RENNY ROJO, LE COONCE, M. KEEGAN, and J. WILHELM filed a Motion to Dismiss Plaintiffs' Second Amended Complaint. [Docket No. 29]

10. On December 1, 2020, the Court issued a minute order submitting the motion without oral argument and vacating the hearing date of December 11, 2020. [Docket No. 33]

11. On December 3, 2020, Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, BRIAN SANTIN, HECTOR CHAVEZ, U. A. DOMINGUEZ, VY SUON, RENNY ROJO, LE COONCE, M. KEEGAN, and J. WILHELM filed a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss. [Docket No. 34]

12. On December 9, 2020, the State of California enacted a subsequent stay-at-home order to Sacramento County following the drop in Intensive Care Units capacity below 15%. (Health Officer of the County of Sacramento *Order of the Health Officer of the County of*

*Sacramento Implementing the State of California Regional Stay At Home Order and Directing All Individuals Living in the county to Stay at Home or at their Place of Residence and Closing Certain Operations*, December 9, 2020, https://www.saccounty.net/COVID-19/Documents/20201209_Sacramento_County_Health_Order_Regional_Stay_Home_Order.pdf)

13. The COVID-19 pandemic severely impacted offices and operating services, impeding Parties' ability to effectively perform discovery and complete investigation.

14. Furthermore, Parties are still awaiting the Court's determination on Defendants' Second Amended Complaint. Parties have started written discovery and are coordinating to obtain deposition dates for Plaintiffs in March 2021.

15. Based on the above, the Parties agree that additional time is needed to complete non-expert discovery, including multiple party and non-expert depositions. The Parties agree that the requested continuance is in the best interests of all Parties, and will not unduly prejudice any Party.

16. The Parties agree and request that this Court extend non-expert discovery cutoff as outlined in the below table. The Parties believe this additional time is necessary given the continued uncertainty regarding COVID-related social distancing restrictions and ongoing emergency regulations.

17. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the previously modified scheduling order to extend pretrial cutoffs as follows:

| Event | Schedule | New Schedule |
|---|---|---|
| Discovery cutoff | March 17, 2021 | June 30, 2021 |
| Designation of expert witnesses cutoff | April 16, 2021 | August 6, 2021 |
| Expert witness rebuttal | May 5, 2021 | August 27, 2021 |
| Supplemental expert witness disclosure cutoff | June 17, 2021 | September 10, 2021 |
| Last date to file dispositive motions | August 20, 2021 | October 22, 2022 |

| | | |
|---|---|---|
| 1 | Dated: March 5, 2021 | CUTTER LAW P.C. |
| 2 | | |
| 3 | | By:  /s/ John R. Parker, Jr.  <br>        John R. Parker, Jr. |
| 4 | | |
| 5 | | John R. Parker, Jr., SBN 257761<br>**CUTTER LAW P.C.**<br>401 Watt Avenue |
| 6 | | Sacramento, CA 95864<br>Telephone:    (916) 290-9400 |
| 7 | | Facsimile:    (916) 588-9330<br>Email:           jparker@cutterlaw.com |
| 8 | | |
| 9 | | Arash S. Khosrowshahi (State Bar No.: 293246) |
| 10 | | LIBERTY MAN LAW<br>1010 F Street, Suite 300 |
| 11 | | Sacramento, California 95814<br>Telephone:    (916) 573-0469 |
| 12 | | Facsimile:    (866) 700-0787<br>E-Mail:         libertymanlaw@gmail.com |
| 13 | | |
| 14 | | Attorneys for Plaintiffs<br>TINA TENNYSON, |
| 15 | | DOMINIC HAYNES-TENNYSON, and<br>DEVON TENNYSON |
| 16 | | |
| 17 | Dated: March 5, 2021 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 18 | | |
| 19 | | By:  /s/ John R. Whitefleet |
| 20 | | John R. Whitefleet |
| 21 | | Carl L. Fessenden |
| 22 | | John R. Whitefleet<br>Kavan J. Jeppson |
| 23 | | PORTER | SCOTT<br>350 University Avenue, Suite 200 |
| 24 | | Sacramento, CA 95825<br>Ph.: (916) 929-1481 |
| 25 | | Fx.: (916) 927-3706<br>Email: cfessenden@porterscott.com |
| 26 | | Email: jwhitefleet@porterscott.com<br>Email: kjeppson@porterscott.com |
| 27 | | Attorneys for Defendants COUNTY OF |
| 28 | | SACRAMENTO, SACRAMENTO<br>COUNTY SHERIFF'S DEPARATMENT, |

-5-
JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY AND PRETRIAL DEADLINES
*Tennyson, et al. v. County of Sacramento, et al.*, United States District Court, Eastern District of California, Case No. 2:19-cv-00429-KJM-JDP

1  
2  
3  
4  
5  
                CHAD CAMPBELL, JOSE LEMUS,
NATHAN BURNETTE, SCOTT PUFFER,
PAUL PFEIFER, MICHAEL FRENCH,
WILLIAM GRIGGS, BRIAN SANTIN,
HECTOR CHAVEZ, U.A. DOMINGUEZ,
VY SUON, RENNY ROJO, LE COONCE,
M. KEEGAN, and J. WILHELM

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**ORDER**

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. Parties' prior Joint Stipulation and Order to continue discovery shall be amended as follows:

| Event | Schedule | New Schedule |
| --- | --- | --- |
| Discovery cutoff | March 17, 2021 | June 30, 2021 |
| Designation of expert witnesses cutoff | April 16, 2021 | August 6, 2021 |
| Expert witness rebuttal | May 5, 2021 | August 27, 2021 |
| Supplemental expert witness disclosure cutoff | June 17, 2021 | September 10, 2021 |
| Hearing on dispositive motions on or before | August 27, 2021 | October 29, 2022 |

**IT IS SO ORDERED.**

DATED: March 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE