UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TINA TENNYSON, DOMINIC HAYNES-TENNYSON, and DEVON TENNYSON, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, and BRANT SANTIN, <br><br> Defendants. | Case No.: 2:19-cv-00429-KJM-JDP <br><br> JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES <br><br> ECF No. 45 |

-1-

Plaintiffs TINA TENNYSON, DOMINIC HAYNES-TENNYSON, and DEVON TENNYSON ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, BRANT SANTIN, (collectively "Defendants"), by and through their ("Parties'") counsel of record, hereby stipulate and request that the Court continue discovery and pretrial deadlines in this matter. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

1. On September 23, 2019, the Court issued an initial Pretrial Scheduling Order, which did not set a trial date. [Docket No. 21]

2. Since the Scheduling Order was issued, the COVID-19 virus pandemic spread, prompting statewide shutdowns.

3. Due to the pandemic and complications arising therefrom which severely impacted offices and operating services, impeding Parties' ability to effectively perform discovery and complete investigation causing delays in completing discovery, as well as the filing of amended pleadings and extended time periods for orders on motions to dismiss to be adjudicated due to court congestion, the Pre-Trial Scheduling Order has been twice modified [Docket No. 23, and 28].

4. On May 10, 2021, Counsel for Defendants issued a notice of the taking of deposition of Plaintiff Tina Tennyson to occur on May 25, 2021. However, before the deposition could be taken, Tina Tennyson was rushed to the hospital due to health issues. Whether she will be in a condition to have her deposition completed in the immediate future is an unknown.

5. The depositions of eight defendants are currently scheduled between June 17, 2021 and June 22, 2021.

6. Based on the uncertainty of Tina Tennyson's current health condition, the Parties agree that additional time is needed to complete non-expert discovery, including the taking of Tina Tennyson's deposition. The Parties agree that the requested continuance is in the best interests of all Parties and will not unduly prejudice any Party.

7. Furthermore, on May 26, 2021, the Court signed the order granting Defendants

COUNTY OF SACRAMENTO, and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT's Motion to Dismiss in Part and denying in part. Plaintiffs were granted leave to file a Third Amended Complaint within twenty-one days of the date of the order. [Docket No. 44].

8. The Parties agree and request that this Court extend non-expert discovery cutoff for two months. The Parties believe this additional time is necessary given the continued uncertainty regarding Ms. Tina Tennyson's health, and the Court's Order granting Plaintiffs leave to file a Third Amended Complaint [Docket No. 44]

9. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the previously modified scheduling order to extend the discovery cutoff from June 30, 2021, to August 30, 2021. The Parties do not believe that any other pretrial deadline will need to be modified by this two-month extension.

Dated: June 11, 2021                           CUTTER LAW P.C.


                                               By: /s/ John R. Parker, Jr. (as authorized 6/10/21)
                                                   John R. Parker, Jr.

                                               John R. Parker, Jr., SBN 257761
                                               **CUTTER LAW P.C.**
                                               401 Watt Avenue
                                               Sacramento, CA 95864
                                               Telephone:    (916) 290-9400
                                               Facsimile:    (916) 588-9330
                                               Email:        jparker@cutterlaw.com

                                               Arash S. Khosrowshahi (State Bar No.: 293246)
                                               LIBERTY MAN LAW
                                               1010 F Street, Suite 300
                                               Sacramento, California 95814
                                               Telephone:    (916) 573-0469
                                               Facsimile:    (866) 700-0787
                                               E-Mail:       libertymanlaw@gmail.com

                                               Attorneys for Plaintiffs
                                               TINA TENNYSON,
                                               DOMINIC HAYNES-TENNYSON, and
                                               DEVON TENNYSON

| | | |
|---|---|---|
| 1 | Dated: June 11, 2021 | PORTER SCOTT |
| 2 | | A PROFESSIONAL CORPORATION |
| 3 | | |
| 4 | | By:   /s/John R. Whitefleet |
| | | John R. Whitefleet |
| | | Carl L. Fessenden |
| 5 | | John R. Whitefleet |
| | | Kavan J. Jeppson |
| 6 | | PORTER | SCOTT |
| | | 350 University Avenue, Suite 200 |
| 7 | | Sacramento, CA 95825 |
| | | Ph.: (916) 929-1481 |
| 8 | | Fx.: (916) 927-3706 |
| | | Email: cfessenden@porterscott.com |
| 9 | | Email: jwhitefleet@porterscott.com |
| | | Email: kjeppson@porterscott.com |
| 10 | | |
| 11 | | Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARATMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS and BRANT SANTIN |

**ORDER**

Good cause having been shown, based on the foregoing Stipulation by the Parties, the court hereby orders as follows:

1. Parties' prior Joint Stipulation and Order to continue discovery shall be amended as follows:

| Event | Schedule | New Schedule |
|---|---|---|
| Discovery cutoff | June 30, 2021 | August 30, 2021 |

IT IS SO ORDERED.

Dated:  June 11, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE