UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TINA TENNYSON, DOMINIC HAYNES-TENNYSON, and DEVON TENNYSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, and BRANT SANTIN,<br><br>Defendants. | Case No.: 2:19-cv-00429-KJM-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Complaint Filed: March 8, 2019 |

Plaintiffs TINA TENNYSON, DOMINIC HAYNES-TENNYSON, and DEVON TENNYSON ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS, BRANT SANTIN, (collectively "Defendants"), by and through their ("Parties'") counsel of record, hereby stipulate and request that the Court continue discovery and pretrial deadlines in this matter. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

-1-

1.      On September 23, 2019, the Court issued an initial Pretrial Scheduling Order, which did not set a trial date. [Docket No. 21].

2.      On March 10, 2021, in light of the COVID-19 pandemic and statewide shutdowns, the Court issued an Order extending the pre-trial deadlines in this case. [Docket No. 38]. The Order extended the fact discovery deadline to June 30, 2021, and the deadline to disclose expert witnesses to August 6, 2021.

3.      On May 10, 2021, Counsel for Defendants issued a notice of the taking of deposition of Plaintiff Tina Tennyson to occur on May 25, 2021. However, before the deposition could be taken, Tina Tennyson was rushed to the hospital due to health issues. At that time, it was unknown when Tina Tennyson would recover and be in a condition to give a deposition.

4.      On June 11, 2021, in light of the uncertainty of Tina Tennyson's health condition and considering the Court's Order granting Plaintiffs leave to file a Third Amended Complaint [Docket No. 44], the Parties filed a Joint Stipulation requesting the extension of the discovery deadline. [Docket No. 45].

5.      On June 11, 2021, the Court issued an Order extending the fact discovery deadline in this case to August 30, 2021. [Docket No. 46]. The parties inadvertently failed to extend the other pre-trial deadlines.

6.      Defendants intend to take the deposition of Tina Tennyson at the end of August 2021, and Plaintiffs intend to take the depositions of several defendants.

7.      Per the scheduling Order of March 10, 2021, the deadline by which the Parties must disclose expert witnesses is August 6, 2021 – prior to the time the depositions in this case will be completed.

8.      In addition, lead counsel for the plaintiffs (responsible for conducting the defendant depositions) is currently unavailable due to an ongoing family emergency.

9.      The Parties agree that additional time is needed to complete both fact and expert discovery, including the taking of Tina Tennyson's deposition and the defendant depositions. The Parties agree that the requested continuance is in the best interests of all Parties and will not unduly prejudice any Party. The requested continuance will not disturb the original October 29, 2022

deadline by which dispositive motions are to be heard.

10. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the previously modified scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Discovery deadline | August 30, 2021 | October 29, 2021 |
| Expert witnesses | August 6, 2021 | January 5, 2022 |
| Expert witness rebuttal | August 27, 2021 | February 2, 2022 |
| Supp. expert disclosure | September 10, 2021 | March 2, 2022 |
| Dispositive motions heard | October 29, 2022 | October 29, 2022 |

Dated: July 28, 2021                                  CUTTER LAW P.C.


By: /s/ John R. Parker, Jr. (authorized on 07/28/21
John R. Parker, Jr., SBN 257761
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone:   (916) 290-9400
Facsimile:   (916) 588-9330
Email:       jparker@cutterlaw.com

Arash S. Khosrowshahi (State Bar No.: 293246)
LIBERTY MAN LAW
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 573-0469
Facsimile:   (866) 700-0787
E-Mail:      libertymanlaw@gmail.com

Attorneys for Plaintiffs
TINA TENNYSON,
DOMINIC HAYNES-TENNYSON, and

1 | | DEVON TENNYSON

Dated: July 28, 2021 | PORTER SCOTT
A PROFESSIONAL CORPORATION

By:   /s/ John R. Whitefleet
John R. Whitefleet
Carl L. Fessenden
PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
Ph.: (916) 929-1481
Fx.: (916) 927-3706
Email: cfessenden@porterscott.com
Email: jwhitefleet@porterscott.com

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARATMENT, CHAD CAMPBELL, JOSE LEMUS, NATHAN BURNETTE, SCOTT PUFFER, PAUL PFEIFER, MICHAEL FRENCH, WILLIAM GRIGGS and BRANT SANTIN

**ORDER**

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The pre-trial deadlines in this case shall be amended as follows:

| Event | Schedule | Proposed New Schedule |
| --- | --- | --- |
| Discovery deadline | August 30, 2021 | October 29, 2021 |
| Expert witnesses | August 6, 2021 | January 5, 2022 |
| Expert witness rebuttal | August 27, 2021 | February 2, 2022 |
| Supp. expert disclosure | September 10, 2021 | March 2, 2022 |
| Dispositive motions heard | October 29, 2022 | October 29, 2022 |

IT IS SO ORDERED.

Dated:   July 29, 2021                                   _____
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE